**United States District Court**
For the Northern District of California

1
2
3
4
5                                    UNITED STATES DISTRICT COURT
6                                  NORTHERN DISTRICT OF CALIFORNIA
7                                             EUREKA DIVISION
8
9    REGINALD R. YORK,                              No. 5:09-CV-6080 LHK (NJV)
10              Plaintiff,                          NOTICE AND ORDER VACATING
                                                    SETTLEMENT CONFERENCE
11        v.
12   J. HERNANDEZ, et al.,
13              Defendants.
     _____/
14
15   TO ALL PARTIES AND COUNSEL OF RECORD:
16          You are hereby notified that the settlement conference scheduled in this matter for
17   November 16, 2011, at Solano State Prison is VACATED due to Plaintiff's status as a SHU inmate.
18   The settlement conference will be rescheduled at Corcoran State Prison.
19   IT IS SO ORDERED.
20
21
22   Dated: September 30, 2011
                                                    _____
23                                                  NANDOR J. VADAS
                                                    United States Magistrate Judge
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

REGINALD R. YORK,                                    No. 5:09-CV-6080 LHK (NJV)

        Plaintiff,

    v.                                              CERTIFICATE OF SERVICE

J. HERNANDEZ, et al.,

        Defendants.

_____/

      I, the undersigned, hereby certify that on September 30, 2011, I SERVED a true and correct

copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)

listed below, by depositing said envelope in the U.S. Mail.

Reginald R. York
J-40227
Corcoran State Prison
Housing: 4B2L26R
P.O. Box 3481
Corcoran, Ca 93212

/s/ Linn Van Meter

_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas