UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | |
| v. | ORDER DENYING REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE |
| J. HERNANDEZ, et al., | |
| Defendants. | |

A settlement conference is scheduled in this matter for 11:00 a.m. on December 5, 2011, at Corcoran State Prison. On October 14, 2011, the Court received from Plaintiff a request that the Court reschedule this settlement conference to its original date of November 16, 2011. Due to scheduling conflicts, the Court is unable to accommodate Plaintiff's request. Accordingly, Plaintiff's request to reschedule his settlement conference is DENIED.

IT IS SO ORDERED.

Dated: October 17, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

9   REGINALD R. YORK,                              No. 5:09-CV-6080 LHK (NJV)
10              Plaintiff,
11       v.                                        CERTIFICATE OF SERVICE
12  J. HERNANDEZ, et al.,
13              Defendants.
                                        /
14
15
16       I, the undersigned, hereby certify that on October 17, 2011, I SERVED a true and correct
17  copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)
18  listed below, by depositing said envelope in the U.S. Mail.
19
20
21  Reginald R. York
    J-40227
22  Corcoran State Prison
    Housing: 4B2L26R
23  P.O. Box 3481
    Corcoran, Ca 93212
24
25
                                                   /s/ Linn Van Meter
26                                                 _____
                                                   Linn Van Meter
27                                                 Administrative Law Clerk to
                                                   the Honorable Nandor J. Vadas
28

2