UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| J. HERNANDEZ, et al., | |
| Defendants. | |

The Court has been informed that Plaintiff has been transferred to Kern Valley State Prison. Accordingly, the settlement conference scheduled in this matter for December 19, 2011, at Corcoran State Prison is HEREBY VACATED. The settlement conference will be rescheduled as the Court's calendar permits.

IT IS SO ORDERED.

Dated: December 15, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. HERNANDEZ, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on December 15, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Reginald R. York
J-40227
Kern Valley State Prison
PO Box 3130
Delano, CA  93216-6000

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2