United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE, REQUIRING MEET AND CONFER, AND SETTING STATUS CONFERENCE |
| v. | |
| J. HERNANDEZ, et al., | |
| Defendants. | |

A settlement conference is scheduled in this matter for May 29, 2012, at 9:00 a.m. at Kern Valley State Prison in Delano, California. Plaintiff, inmate no. J-40227, is appearing in this action *pro se*. The settlement conference is HEREBY VACATED.

Defense Counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case. The legal representative of the CDCR must be present at this telephonic meeting with Plaintiff.

The matter is set for a telephonic status conference on Tuesday, June 5, 2012, at 2:30 p.m. Defense Counsel shall provide for the telephonic appearance of Plaintiff at that status conference. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement. IT IS SO ORDERED.

Dated: May 24, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| J. HERNANDEZ, et al., | |
| Defendants. | |
| _____/ | |

I, the undersigned, hereby certify that on May 24, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Reginald R. York
J-40227
Kern Valley State Prison (Delano II)
P.O. Box 5101
Delano, CA 93216

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2