UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| J. HERNANDEZ, et al., | |
| Defendants. | |

This matter is HEREBY SET for a telephonic status conference on July 24, 2012, at 2:30 p.m. Defense Counsel shall provide for the telephonic appearance of Plaintiff at that status conference. Defense counsel shall also contact the authorities at Kern Valley State Prison and arrange for Plaintiff to have privacy during the status conference. The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416. At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

IT IS SO ORDERED.

Dated: June 14, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK,<br><br>    Plaintiff,<br><br>v.<br><br>J. HERNANDEZ, et al.,<br><br>    Defendants.<br>_____/ | No. 5:09-CV-6080 LHK (NJV)<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on June 14, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Reginald R. York
J-40227
Kern Valley State Prison (Delano II)
P.O. Box 5101
Delano, CA 93216

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2