UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK, | No. 5:09-CV-6080 LHK (NJV) |
| Plaintiff, | ORDER RESCHEDULING STATUS CONFERENCE |
| v. | |
| J. HERNANDEZ, et al., | |
| Defendants. _____/ | |

The telephonic status conference previously set in this case for July 24, 2012, at 2:30 p.m. is HEREBY RESCHEDULED for 11:30 a.m. on July 23, 2012.

IT IS SO ORDERED.

Dated: June 20, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REGINALD R. YORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. HERNANDEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 5:09-CV-6080 LHK (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on June 20, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Reginald R. York
J-40227
Kern Valley State Prison (Delano II)
P.O. Box 5101
Delano, CA 93216

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

United States District Court
For the Northern District of California