IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD YORK,<br><br>    Plaintiff,<br><br>    v<br><br>J HERNANDEZ,<br><br>    Defendants. | Case No C 09-6080 LHK (NJV)<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on August 14, 2012 in San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff, Reginald York, Pro Se

    ☐ Warden or warden's representative

    ☐ Office of the California Attorney General

    ☒ Other: Matthew Grigg, Defense Counsel

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  (3)   The outcome of the proceeding was:

3         ☒ The case has been completely settled.

4         ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7         ☐ The parties agree to an additional follow up settlement on

8  _____.

9         ☐ The parties are unable to reach an agreement at this time.

10

11 Date:  8/14/12                              _____
                                               Nandor J Vadas
12                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reginald York, | No. C -9-6080 LHK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| J Hernandez, | |
| Defendant. | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/16/12, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Reginald R. York**
J-40227
Kern Valley State Prison (Delano II)
P.O. Box 5101
Delano, CA 93216

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3