IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINALD R. YORK, | ) | No. C 09-6080 LHK (PR) |
| Plaintiff, | ) ) | ORDER DISMISSING ACTION |
| vs. | ) ) | |
| J. HERNANDEZ, | ) ) | |
| Defendant. | ) ) ) | |

    This case was referred to Magistrate Judge Nandor Vadas for Court-ordered settlement proceedings. On August 14, 2012, the parties appeared before Magistrate Judge Vadas for a settlement conference. The Court has been notified by Magistrate Judge Vadas that the case has completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court shall terminate any pending motions and close the file.

    IT IS SO ORDERED.

DATED: 9/6/12

LUCY H. KOH
United States District Judge

Order Dismissing Action
G:\PRO-SE\SJ.LHK\CR.09\York080settled.wpd