**United States District Court**

For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5                          EUREKA DIVISION

6

7   REGINALD R. YORK,                    No. 5:09-CV-6080 LHK (NJV)

8              Plaintiff,                ORDER SETTING STATUS CONFERENCE

9
        v.
10
    J. HERNANDEZ, et al.,
11
               Defendants.
12   _____/

13

14
         This matter is HEREBY SET for a telephonic status conference on October 9, 2012, at 1:00
15
    p.m.  Defense Counsel shall arrange for the telephonic appearance of Plaintiff at that status
16
    conference.   The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416
17
    to join the status conference.
18
    IT IS SO ORDERED.
19

20

21   Dated: September 26, 2012

22                                          _____
                                            NANDOR J. VADAS
23                                          United States Magistrate Judge

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                          EUREKA DIVISION

5

6
REGINALD R. YORK,                        No. 5:09-CV-6080 LHK (NJV)
7
            Plaintiff,
8
       v.                                CERTIFICATE OF SERVICE
9
J. HERNANDEZ, et al.,
10
            Defendants.
11  _____/

12

13       I, the undersigned, hereby certify that on September 26, 2012, I SERVED a true and correct

14  copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)

15  listed below, by depositing said envelope in the U.S. Mail.

16

17

18  Reginald R. York
    J-40227
19  Kern Valley State Prison (Delano II)
    P.O. Box 5101
20  Delano, CA 93216

21

22

23                                       /s/ Linn Van Meter

24                                       _____
                                              Linn Van Meter
25                                         Administrative Law Clerk to
                                          the Honorable Nandor J. Vadas
26

27

28